Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

Attorneys for Plaintiff and the Putative
Class and Collective

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA WRIGHT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC, and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING,<br><br>Defendants. | Case No. 2:19-cv-01767-JAM-CKD<br><br>**STIPULATION TO CONTINUE DEADLINE TO SUBMIT UPDATED JOINT STATUS REPORT**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint Filed:  September 6, 2019<br>Trial Date:           None |

1 Plaintiff Joshua Wright ("Plaintiff") and Defendants Frontier Management LLC, Frontier Senior Living, LLC, and GH Senior Living, LLC dba Greenhaven Estates Assisted Living (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

1. On March 6, 2020, the Parties submitted a Joint Status Report stating that the Parties agreed to attempt mediation before David Rotman on May 14, 2020. Dkt. No. 11.

2. On March 9, 2020, the Court issued a minute order directing the Parties to submit an updated joint status report by July 10, 2020, in light of the impending mediation. *See* Dkt. No. 12.

3. As a part of exploring potential resolution, the Parties agreed to an informal exchange of data and documents.

4. To accommodate further exchange of such pre-mediation discovery, the Parties agreed to move out the mediation before David Rotman from May 14, 2020, to July 29, 2020.

5. For purposes of the conservation of the Court's and the Parties' time and resources, the Parties agree that the Parties' deadline to submit their updated joint status report should be continued as a result of the continued mediation date.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

That the Parties' deadline to submit their updated joint status report should be continued from July 10, 2020, to August 31, 2020.

Dated: July 9, 2020

                */s/ Ori Edelstein*
                Carolyn H. Cottrell
                Ori Edelstein
                SCHNEIDER WALLACE
                COTTRELL KONECKY LLP

                Attorneys for Plaintiff and the Putative
                Class and Collective

Dated: July 9, 2020

                                          */s/ Joseph P. Lordan*
Joseph P. Lordan
Vincent R. Fisher
LEWIS BRISBOIS BISGAARD & SMITH LLP

Attorneys for Defendants FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Eastern District of California, by using the Court's CM/ECF system on July 9, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: July 9, 2020                              Respectfully submitted,

                                                 */s/ Ori Edelstein*
                                                 Carolyn H. Cottrell
                                                 Ori Edelstein
                                                 SCHNEIDER WALLACE
                                                 COTTRELL KONECKY LLP

                                                 Attorneys for Plaintiff and the Putative Class
                                                 and Collective

## SIGNATORY ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the attached documents and authorization to file the attached documents has been obtained from the other signatory indicated by a conformed signature (/s/) within the attached e-filed documents.

Dated: July 9, 2020                              /s/ *Ori Edelstein*
                                                 Ori Edelstein

# **ORDER**

Having considered the Plaintiff Joshua Wright and Defendants Frontier Management LLC, Frontier Senior Living, LLC, and GH Senior Living, LLC dba Greenhaven Estates Assisted Living Stipulation to Continue Deadline to Submit Joint Statement, and finding good cause therein, the Court hereby **GRANTS** the Stipulation and orders that the Parties' deadline to submit their updated joint status report shall be continued from July 10, 2020, to August 31, 2020.

**IT IS SO ORDERED.**

DATED: July 9, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE