CAROLYN H. COTTRELL (SBN 166977)
ccottrell@schneiderwallace.com
ORI EDELSTEIN (SBN 268145)
oedelstein@schneiderwallace.com
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:   (415) 421-7100
*Attorneys for Plaintiffs and the Putative Class and Collective*

DANIEL H. QUALLS (SBN 109036)
daniel.qualls@lewisbrisbois.com
JOSEPH R. LORDAN (SBN 265610)
joseph.lordan@lewisbrisbois.com
VINCENT R. FISHER (SBN 276334)
vincent.fisher@lewisbrisbois.com
ERIC K. IWASAKI (SBN 256664)
eric.iwasaki@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone:   (415) 362-2580
*Attorneys for Defendants*
FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WRIGHT, LORETTA STANLEY, HALEY QUAM, and AIESHA LEWIS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC, and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING,<br><br>Defendants. | Case No. 2:19-cv-01767-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed:  September 6, 2019<br>Trial Date: None |

## STIPULATION

Plaintiffs Joshua Wright, Loretta Stanley, Haley Quam, and Aiesha Lewis ("Plaintiffs") and Defendants Frontier Management LLC, Frontier Senior Living, LLC and GH Senior Living, LLC dba Greenhaven Estates Assisted Living ("Defendants") (collectively, the "Parties"), by and through the undersigned counsel, hereby stipulate as follows:

**WHEREAS**, the Court, in its February 8, 2021 Order Granting in Part and Denying in Part Plaintiff's Motion to Amend specified Defendants' response to Plaintiffs' First Amended Complaint is due twenty days after Plaintiffs files their First Amended Complaint.

**WHEREAS,** Plaintiffs filed their First Amended Complaint on February 9, 2021.

**WHEREAS**, the deadline for Defendants to file their response to the First Amended Complaint falls on March 1, 2021.

**WHEREAS**, Constangy, Brooks, Smith & Prophete LLP ("Constangy") is in the process of substituting in as counsel for Defendants and will require additional time to prepare a response to Plaintiffs' First Amended Complaint.

**WHEREAS**, Barbara Antonucci of Constangy conferred with Ori Edelstein of Schneider, Wallace, Cottrell, and Konecky LLP on February 18, 2021, and agreed to extend Defendants' deadline to respond to Plaintiffs' First Amended Complaint by two weeks to March 15, 2021.

**IT IS HEREBY STIPULATED** that, pursuant to Civil L.R. 144(a), the Parties request that the Court enter an order extending the deadline for Defendants to file their response to March 15, 2021.

[SIGNATURE PAGE FOLLOWS]

---

2
STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING
4820-4903-1901.1

DATED: February 19, 2021 **SCHNEIDER, WALLACE, COTTRELL, & KONECKY LLP**

By:  /s/ Ori Edelstein (as authorized on 2/19/2021)
Carolyn H. Cottrell
Ori Edelstein
Attorneys for Plaintiffs and the Putative Class and Collective

DATED: February 19, 2021 **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____
Daniel H. Qualls
Joseph R. Lordan
Vincent R. Fisher
Eric K. Iwasaki
Attorneys for Defendants
FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC, and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING

**ORDER**

Based upon the foregoing stipulation, and for good cause appearing thereon, the Court orders as follows:

The deadline for Defendants Frontier Management LLC, Frontier Senior Living, LLC and GH Senior Living, LLC dba Greenhaven Estates Assisted Living to file their responsive pleading is hereby extended to March 15, 2021.

**IT IS SO ORDERED.**

DATED:  February 19, 2021            /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE