Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105

Attorneys for Plaintiff and the Putative Classes and Collective

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA WRIGHT on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC, and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING,<br><br>Defendants. | Case No. 2:19-cv-01767-JAM-CKD<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

1  **NOTICE IS HEREBY GIVEN** that Plaintiff in the above-captioned action, Joshua Wright,
2  hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting
3  Motion to Dismiss, Dkt. 72 and Judgment in a Civil Case, Dkt. 73, entered in this action on June 1,
4  2021, and all other orders, rulings, decisions, or opinions merged therein.

Date: June 17, 2021

Respectfully Submitted,

*/s/ Ori Edelstein*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105

Attorneys for Plaintiff, and the Putative Classes
and Collective

## NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), the following are all of the parties to this action and their respective counsel:

**Joshua Wright (Plaintiff, and Representative of Putative Class and Collective members):**

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

**Frontier Management LLC, Frontier Senior Living, LLC, and GH Senior Living, LLC d/b/a Greenhaven Estates Assisted Living (Defendants):**

CONSTANGY, BROOKS, SMITH & PROPHETE LLP
Barbara I. Antonucci (SBN 209039)
Sarah K. Hamilton (SBN 238819)
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 918-3000
bantonucci@constangy.com
shamilton@constangy.com

CONSTANGY, BROOKS, SMITH & PROPHETE LLP
Anthony Sbardellati (SBN 246431)
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775
asbardellati@constangy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Eastern District of California, by using the Court's CM/ECF system on June 17, 2021.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

/s/ *Ori Edelstein*
Ori Edelstein (SBN 268145)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
oedelstein@schneiderwallace.com

Attorneys for Plaintiff and the Putative Classes
and Collective