Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs and the Putative Classes and Collective*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WRIGHT, LORETTA STANLEY, HALEY QUAM, and AIESHA LEWIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC, and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING,<br><br>Defendants. | Case No.: 2:19-cv-01767-JAM-CKD<br><br>Hon. John A. Mendez<br>Courtroom 6<br><br>**STIPULATION AND ORDER EXTENDING PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date:       September 13, 2022<br>Time:       1:30 p.m.<br>Ctrm.:      6, 14th Floor<br><br>Filed: September 6, 2019<br>Trial Date: None |

Plaintiffs in these consolidated and related actions, Joshua Wright, Loretta Stanley, Haley Quam, and Aiesha Lewis ("Plaintiffs"), and Defendants Frontier Management LLC, Frontier Senior Living, LLC, and GH Senior Living, LLC dba Greenhaven Estates Assisted Living ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed this putative Class and Collective action on September 6, 2019, which was amended on February 9, 2021, and which alleges claims on behalf California, Oregon, Washington, and Illinois classes, as well as federal claims under the Fair Labor Standards Act, see ECF 1, 57;

**WHEREAS**, on September 16, 2019, Plaintiff Wright filed a complaint pursuant to the Labor Code Private Attorneys General Act of 2004 ("PAGA") in the California Superior Court of Alameda County, Case No. RG19035167 ("PAGA Action") against Defendants;

**WHEREAS**, Plaintiffs and Defendants have reached a proposed Class Action Settlement Agreement and Release ("Settlement"), following mediation sessions with mediators David Rotman and Steve Serratore, that globally resolves the claims in all of the actions;

**WHEREAS**, pursuant to the Settlement and the Court's stipulated order, Plaintiffs filed a Second Amended Class and Collective Action Complaint that was deemed filed on July 5, 2022, which included additional claims on behalf of the State of California under the Private Attorneys General Act ("PAGA") asserted in the PAGA Action, *see* ECF 79-1, 82;

**WHEREAS**, Plaintiffs are prepared to file their Motion for Preliminary Approval by July 18, 2022, to be heard on or before September 13, 2022, at the Court's earliest convenience;

**WHEREAS**, pursuant to the Court's Order Re Filing Requirements for Cases Assigned to Judge Mendez, a motion and accompanying memorandum of points and authorities may not exceed 15 pages, *see* ECF 3-2;

**WHEREAS**, Plaintiffs require more than 15 pages, and up to 30 pages, for their Motion for Preliminary Approval due to the complex nature of the Settlement, which involves multiple Rule 23 class claims, FLSA and PAGA claims, the resolution of two separate actions, and due to the extensive amount of factual description, procedural history, and legal analysis that must be presented;

**WHEREAS**, Plaintiffs and Defendant submit that there is good cause to extend the page limit for Plaintiffs' Motion for Preliminary Approval to provide the Court with a comprehensive analysis of this complex Settlement;

**NOW THEREFORE, IT IS HEREBY AGREED** that the page limit for Plaintiffs' Motion for Preliminary Approval and accompanying memorandum be extended to 30 pages.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Date: July 15, 2022
*/s/ Michelle S. Lim*
Carolyn Hunt Cottrell
Ori Edelstein
Michelle S. Lim
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

*Attorneys for Plaintiffs and the Putative Classes and Collective*

Date: July 14, 2022
*/s/ Oscar Peralta* (as authorized on 07/14/2022)
Barbara I. Antonucci
Sarah K. Hamilton
Oscar Peralta
CONSTANGY, BROOKS, SMITH & PROPHETE LLP

Attorneys for Defendants FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING

**ORDER**

Upon review of the Parties' Stipulation and Order Extending Page Limit for Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement, and good cause appearing therefor, the Court hereby grants the Parties' request and extends the page limit for Plaintiffs' Motion for Preliminary Approval to 30 pages.

**IT IS SO ORDERED**.

Date: July 15, 2022    /s/ John A. Mendez
　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　SENIOR UNITED STATES DISTRICT COURT JUDGE