Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

*Attorneys for Plaintiffs and the Putative*
*Class and Collective*

[*Additional counsel on next page*]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WRIGHT, LORETTA STANLEY, HALEY QUAM, and AIESHA LEWIS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC, and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING,<br><br>        Defendants. | Case No. 2:19-cv-01767-JAM-CKD<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO AMEND NOTICE OF SETTLEMENT AND ASSOCIATED SETTLEMENT ADMINISTRATION DEADLINES**<br><br><br>Complaint Filed:   September 6, 2019<br>Trial Date:        None |

Barbara I. Antonucci (SBN 209039)
Sarah K. Hamilton (SBN 238819)
Oscar Peralta (SBN 335450)
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
601 Montgomery Street, Suite 350
San Francisco, CA  94111
Telephone: (415) 918-3000
bantonucci@constangy.com
shamilton@constangy.com
operalta@constangy.com

Attorneys for Defendants FRONTIER
MANAGEMENT LLC, FRONTIER
SENIOR LIVING, LLC and GH SENIOR LIVING, LLC
dba GREENHAVEN ESTATES ASSISTED LIVING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Joshua Wright, Loretta Stanley, Haley Quam, and Aiesha Lewis (collectively, "Plaintiffs") and Defendants Frontier Management LLC, Frontier Senior Living, LLC, and GH Senior Living, LLC dba Greenhaven Estates Assisted Living (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

1.     **WHEREAS**, on July 21, 2022, Plaintiffs filed a Motion for Preliminary Approval for Class and Collective Action Settlement (ECF 85), which requested the Court to approve the Parties' Class Action Settlement Agreement and Release ("Settlement"), which would resolve the wage and hour claims of thousands of California, Oregon, Washington, and Illinois class members ("State Class Members"); Collective Members under the Fair Labor Standards Act ("FLSA"); and the state of California's claims for Labor Code violations against Aggrieved Employees under the Private Attorneys' General Act of 2004 ("PAGA");

2.     **WHEREAS**, the Settlement provides in relevant part that Aggrieved Employees are non-exempt employees in the State of California at any time between July 7, 2018 and preliminary approval – unlike State Class Members and Collective Members whose respective time periods end on March 1, 2022 – and that such Aggrieved Employees shall be paid a *pro rata* portion of the Net PAGA Amount (*i.e.*, $23,750) (ECF 85-1, Ex. 1 at ¶ 38.b; *compare* ¶ 2.b with ¶¶ 2.c, 2.g, 2.s, 2.w, 2.kk);

3.     **WHEREAS**, the Court granted Plaintiffs' Motion for Preliminary Approval for Class and Collective Action Settlement on August 29, 2022 (ECF 89), granting in relevant part the Parties' proposed Notices of Settlement attached to the Settlement as Exhibits C and D (ECF 85-1, Ex. 1*, ¶¶ 2.ii, 10; *see also* ECF 85-1, Exs. C ("Notice of Class Action Settlement" to State Class Members and Aggrieved Employees) and D ("Notice of Collective Action Settlement" to Collective Members who are not also State Class Members)) and authorizing the Parties to make non-substantive changes to the Notices of Settlement consistent with the Settlement and the Court's Order (ECF 89, ¶¶ 11, 13);

4.     **WHEREAS**, the Court's Preliminary Approval Order further approved and adopted the implementation schedule, setting in relevant part the following deadlines:

a. **<u>Deadline for Defendants to provide SSI (the settlement administrator) with the Class List</u>**: within 30 calendar days after the Court's preliminary approval of the Settlement.

b. **<u>Deadline for SSI to mail the Notice of Settlement to Class Members</u>**: within 10 business days after SSI receives the Class List.

c. **<u>Deadline for State Class Members to postmark requests to opt-out or file objections to the Settlement ("Notice Deadline")</u>**: 60 days after Notice of Settlement are initially mailed.

d. **<u>Deadline for SSI to provide all counsel with a report showing (i) the names of Settlement Class Members; (ii) the Individual Settlement Payments owed to each Settlement Class Members; (iii) the final number of Settlement Class Members who have submitted objections or valid letters requesting exclusion from the Settlement; (iv) the estimated average and median recoveries per State Class Member; (v) the largest and smallest estimated recoveries to State Class Members; and (vi) the number of undeliverable Notices of Settlement</u>**: within 10 business days after the Notice Deadline.

(*Id.,* ¶ 17);

5.     **WHEREAS**, Plaintiffs' motions for final approval and for approval of attorneys' fees and costs and for service award are to be filed by December 23, 2022 (*Id.,* ¶¶ 14-15);

6.     **WHEREAS**, the Final Approval Hearing is set for hearing on March 1, 2023 at 1:30 p.m. in Courtroom 6, 14th Floor of the above-captioned Court, over three months following Plaintiffs' scheduled deadline to file their motions for approval and for fees and costs (*see Id.,* ¶ 16);

7.     **WHEREAS**, pursuant to the Preliminary Approval Order, Defendants were required to provide SSI with the Class List by September 28, 2022; Notices of Settlement were scheduled to be mailed on October 13, 2022; the Notice Deadline was scheduled to expire on December 12, 2022; and the deadline for SSI to provide counsel with the post-notice administration report was December 26, 2022;

8.     **WHEREAS**, Defendants provided SSI with the Class List on September 28, 2022;

9.     **WHEREAS**, the Parties are informed that the settlement administrator, SSI, had difficulties obtaining sufficient envelopes for the mailing of the Notices of Settlement to State Class Members and Collective Members by October 13, 2022, but these issues which have since been resolved;

10.     **WHEREAS**, the Parties determined that approximately 235 Aggrieved Employees are neither State Class Members nor Collective Members, and that neither Notice of Settlement indicate the number of workweeks worked by Aggrieved Employees;

11.     **WHEREAS**, the Parties agree that the following Notice of Settlement attached as Exhibit 1[1] should be sent to all State Class Members and Aggrieved Employees in lieu of the operative Notice of Class Action Settlement (ECF 85-1, Ex. C);

12.     **WHEREAS**, the Parties agree that the operative notice administration deadlines should be modestly extended to allow the Parties sufficient time to obtain approval regarding the Notice of Settlement to Aggrieved Employees who are neither State Class Members nor Collective Members, and in light of delays to obtain sufficient envelopes to facilitate the notice process.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1.  The Parties respectfully request that the Notice of Settlement attached as **Exhibit 1** should be sent to all State Class Members and Aggrieved Employees in lieu of the operative Notice of Class Action Settlement (ECF 85-1, Ex. C); and

2.  The operative notice administration deadlines set forth in the Court's Preliminary Approval (ECF 89) be modified as follows, leaving all other deadlines undisturbed:

| Event | Operative Deadline Pursuant to ECF 89 | Proposed Modified Deadline |
|---|---|---|
| <u>Deadline for SSI to mail the Notice of Settlement to Class Members</u> | Within 10 business days after SSI receives the Class List | Within 7 days of the Court's order granting the Parties' Stipulation to Amend Notice of Settlement and Associated Settlement Administration Deadlines |

---

[1] A redlined version of this Notice of Settlement, which includes non-redlined edits as authorized under the order granting preliminary approval (*see* ECF 89, ¶¶ 11, 13),  is attached as Exhibit 2.

| Event | Operative Deadline Pursuant to ECF 89 | Proposed Modified Deadline |
|---|---|---|
| Deadline for Plaintiffs to file their motions for final approval and for approval of attorneys' fees and costs and for service award | December 23, 2022 | January 23, 2023 |

Dated: October 21, 2022

          */s/ Michelle S. Lim*

          Carolyn H. Cottrell
          Ori Edelstein
          Michelle S. Lim
          **SCHNEIDER WALLACE**
          **COTTRELL KONECKY LLP**

          *Attorneys for Plaintiffs and the Putative*
          *Class and Collective*

Dated: October 21, 2022

          */s/ Oscar E. Peralta*

          Barbara I. Antonucci
          Sarah K. Hamilton
          Oscar E. Peralta
          CONSTANGY, BROOKS, SMITH &
          PROPHETE LLP

          *Attorneys for Defendants*
          FRONTIER MANAGEMENT LLC, FRONTIER
          SENIOR LIVING, LLC and GH SENIOR LIVING,
          LLC dba GREENHAVEN ESTATES ASSISTED
          LIVING

# ORDER

Plaintiffs Joshua Wright, Loretta Stanley, Haley Quam, and Aiesha Lewis ("Plaintiffs") and Defendants Frontier Management LLC, Frontier Senior Living, LLC, and GH Senior Living, LLC dba Greenhaven Estates Assisted Living (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties"), have stipulated to (1) approve a revised Notice of Class Action Settlement to be sent to Aggrieved Employees and State Class Members; (2) modify the deadline for the settlement administrator to mail Notices of Settlement to all State Class Members, Collective Members, and Aggrieved Employees; and (3) request an extension to Plaintiffs' deadline to file their motions for final approval and for approval of attorneys' fees and costs and for service awards.

Having considered the Parties' stipulation, and for good cause shown, the Parties' Stipulation to Amend Notice of Settlement and Associated Settlement Administration Deadlines is **GRANTED** as follows:

(1) **Exhibit 1** to the Parties' Stipulation is approved and shall be sent to all State Class Members and Aggrieved Employees in lieu of the operative Notice of Class Action Settlement (ECF 85-1, Ex. C).

(2) The notice administration deadline for SSI to mail the Notice of Settlement to Class Members as set forth in ECF 89, para. 17, shall be modified from "[w]ithin 10 business days after SSI receives the Class List" to "within 7 days of this order granting the Parties' Stipulation to Amend Notice of Settlement and Associated Settlement Administration Deadlines."

(3) The deadline for Plaintiffs to file their motions for final approval and for approval of attorneys' fees and costs and for service awards shall be continued from December 23, 2022, to January 23, 2022.

(4) No further deadlines set forth in ECF 89 shall be disturbed by this order.

**IT IS SO ORDERED.**

1

2

3

Dated:  October 21, 2022

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO AMEND NOTICE OF SETTLEMENT AND ASSOCIATED SETTLEMENT
ADMINISTRATION DEADLINES
*Wright, et al. v. Frontier Management LLC, et al.*, Case No. 2:19-cv-01767-JAM-CKD