Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs, and the*
*Classes and Collective*

Barbara I. Antonucci (SBN 209039)
Sarah K. Hamilton (SBN 238819)
Oscar Peralta (SBN 335450)
CONSTANGY, BROOKS, SMITH &
PROPHETE LLP
601 Montgomery Street, Suite 350
San Francisco, CA  94111
Telephone: (415) 918-3000
bantonucci@constangy.com
shamilton@constangy.com
operalta@constangy.com

*Attorneys for Defendants Frontier Management*
*LLC, Frontier Senior Living, LLC And GH*
*Senior Living, Llc Dba Greenhaven Estates*
*Assisted Living*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WRIGHT, LORETTA STANLEY, HALEY QUAM, and AIESHA LEWIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC, and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING,<br><br>Defendants. | Case No.:  2:19-cv-01767-JAM-CKD<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER EXTENDING PAGE LIMIT FOR PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND FOR SERVICE AWARDS**<br><br>Action Filed: September 6, 2019<br>Trial Date:    None Set |

Plaintiffs in these consolidated and related actions, Joshua Wright, Loretta Stanley, Haley Quam, and Aiesha Lewis ("Plaintiffs"), and Defendants Frontier Management LLC, Frontier Senior Living, LLC, and GH Senior Living, LLC dba Greenhaven Estates Assisted Living ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed this putative Class and Collective action on September 6, 2019, which was amended on February 9, 2021, and which alleges claims on behalf California, Oregon, Washington, and Illinois classes, as well as federal claims under the Fair Labor Standards Act, *see* ECF 1, 57;

WHEREAS, on September 16, 2019, Plaintiff Wright filed a complaint pursuant to the Labor Code Private Attorneys General Act of 2004 ("PAGA") in the California Superior Court of Alameda County, Case No. RG19035167 ("PAGA Action") against Defendants;

WHEREAS, Plaintiffs and Defendants have reached a proposed Class Action Settlement Agreement and Release ("Settlement"), following mediation sessions with mediators David Rotman and Steve Serratore, that globally resolves the claims in all of the actions;

WHEREAS, pursuant to the Settlement and the Court's stipulated order, Plaintiffs filed a Second Amended Class and Collective Action Complaint that was deemed filed on July 5, 2022, which included additional claims on behalf of the State of California under the Private Attorneys General Act ("PAGA") asserted in the PAGA Action, *see* ECF 79-1, 82;

WHEREAS, Plaintiffs Motion for Preliminary Approval of Class Action Settlement was granted on August 29, 2022, *see* ECF 85, 89;

WHEREAS, Plaintiffs are prepared to file their Motion for Final Approval of Class and Collective Action Settlement and Motion for Approval of Attorneys' Fees and Costs and for Service Awards by January 23, 2023, which is scheduled to be heard by the Court on March 1, 2023, *see* ECF 91;

WHEREAS, pursuant to the Court's Order Re Filing Requirements for Cases Assigned to Judge Mendez, a motion and accompanying memorandum of points and authorities may not exceed 15 pages, *see* ECF 3-2;

WHEREAS, Plaintiffs require more than 15 pages, and up to 25 pages, for their Motion for

Final Approval of Class and Collective Action Settlement and and up to 25 pages, for their Motion for Approval of Attorneys' Fees and Costs and for Service Awards due to the complex nature of the Settlement, which involves multiple Fed. R. Civ. P. 23 class claims, FLSA and PAGA claims, the resolution of two separate actions, and due to the extensive amount of factual description, procedural history, and legal analysis that must be presented;

WHEREAS, Plaintiffs and Defendants submit that there is good cause to extend the page limit for Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement and Motion for Approval of Attorneys' Fees and Costs and for Service Awards to provide the Court with a comprehensive analysis of this complex Settlement;

**NOW THEREFORE, IT IS HEREBY AGREED** that the page limit for Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement, and Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and for Service Awards, and their resecptive accompanying memorandums be extended to 25 pages for each Motion.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Date: January 23, 2023         /s/ Michelle S. Lim
                               Carolyn Hunt Cottrell
                               Ori Edelstein
                               Michelle S. Lim
                               **SCHNEIDER WALLACE**
                               **COTTRELL KONECKY LLP**

                               *Attorneys for Plaintiffs and the Putative Classes and Collective*

Date: January 23, 2023         /s/ Oscar Peralta   (as authorized on 1/23/23)
                               Barbara I. Antonucci
                               Sarah K. Hamilton
                               Oscar Peralta
                               CONSTANGY, BROOKS, SMITH &
                               PROPHETE LLP

                               *Attorneys for Defendants* FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING

**ORDER**

Upon review of the Parties' Stipulation and Order Extending Page Limit for Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement and Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and for Service Awards, and good cause appearing therefor, the Court hereby grants the Parties' request and extends the page limit for Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement and for Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and for Service Awards to 25 pages per each Motion.

**IT IS SO ORDERED**.

Dated: January 23, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE