Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs and the Putative*
*Class and Collective*

Barbara I. Antonucci (SBN 209039)
Sarah K. Hamilton (SBN 238819)
Oscar Peralta (SBN 335450)
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
601 Montgomery Street, Suite 350
San Francisco, CA  94111
Telephone: (415) 918-3000
bantonucci@constangy.com
shamilton@constangy.com
operalta@constangy.com

Attorneys for Defendants FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA WRIGHT, LORETTA STANLEY, HALEY QUAM, and AIESHA LEWIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC, and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING,<br><br>Defendants. | Case No. 2:19-cv-01767-JAM-CKD<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO STRIKE INVALID OPT-IN CONSENT FORMS**<br><br>Complaint Filed:   September 6, 2019<br>Trial Date:            None |

1    Plaintiffs Joshua Wright, Loretta Stanley, Haley Quam, and Aiesha Lewis (collectively,
2    "Plaintiffs") and Defendants Frontier Management LLC, Frontier Senior Living, LLC, and GH
3    Senior Living, LLC dba Greenhaven Estates Assisted Living (collectively, "Defendants")
4    (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through their
5    attorneys of record, hereby stipulate as follows:

6    1. **WHEREAS**, between April 16, 2020 and August 6, 2020, Plaintiffs filed the opt-in consent forms for 33 individuals who indicated their desire to join in this collective action under the Fair Labor Standards Act, 29 U.S.C., §§ 201 ("FLSA"). *See* ECF 20 (Opt-in Nos. 11 [Jaclyn Almaguer], 14 [Bianca Bacy], 33 [Linda Christiansen], 34 [Myron Clifton], 65 [Caleb Gaines], 83 [Stacy Herbert], 95 [Marlene Laderman], 135 [Devin Snider], 142 [Edwin Toroitich], 145 [Lisa Wagoner]); ECF 26 (Opt-In Nos. 189 [Stephanie Runge], 190 [Ashley Johnson], 208 [Kristi Fullerton], 228 [Mahin Haji-Sharifi], 268 [Karen Wood]); ECF 27 (Opt-In Nos. 289 [Janice McKinley], 314 [Ronald Smith], 330 [Joseph Yencsik], 359 [Mallory Hymes], 401 [Bridge McIntyre], 402 [Andrew Means], 476 [Pamela Chandler]); ECF 28 (Opt-In Nos. 581 [Tammy Cahill], 585 [Debra Netzel], 592 [Justin Fuchs], 633 [Sabrina Lazare-Rivera]); ECF 29 (Opt-In No. 642 [Charlotte Pineda]); ECF 30 (Opt-In Nos. 684 [Yekeatha Harrell], 722 [Kristina Vaughan], 730 [Eytan Zfira], 754 [Abel Gonzales]); ECF 35 (Opt-In No. 861 [Jonathan Johnson]); ECF 42 (Opt-In No. 951 [Tyquinn Brown]).

2. **WHEREAS**, pursuant to the operative complaint, the FLSA Collective was defined as: "all individuals who have submitted Opt-In Consent Forms in the Federal Action and worked for Defendants as non-exempt, hourly employees between March 13, 2017 and March 1, 2022." ECF 79-1, ¶ 59.

3. **WHEREAS**, pursuant to the Court's March 17, 2020 stipulated order granting conditional certification of the Collective and to facilitate notice under 29 U.S.C. § 216(b), the FLSA Collective was defined as "[a]ll current and former hourly, non-exempt employees of Frontier Management LLC, Frontier Senior Living, LLC, and GH Senior Living, LLC dba Greenhaven Estates Assisted Living, in the United States after [March 16, 2017]." ECF 15,

at 9-10.

4. **WHEREAS**, on August 29, 2022, the Court granted Plaintiff's Motion for Preliminary Approval for Class and Collective Action Settlement, ECF 85, and defined the FLSA Collective pursuant to the Parties' Class Action Settlement Agreement and Release, ECF 85-1, at 23, as: "all individuals who have submitted Opt-In Consent Forms in the Federal Action and worked for Defendants as non-exempt, hourly employees between March 13, 2017 and March 1, 2022." ECF 89, at 4.

5. **WHEREAS**, following the Parties' investigation, the following individuals' opt-in consent forms are invalid, given that the individuals were employed as exempt employees between March 13, 2017 and March 1, 2022, and thus do not meet the collective definition: Opt-in Nos. 11 [Jaclyn Almaguer], 14 [Bianca Bacy], 33 [Linda Christiansen], 34 [Myron Clifton], 65 [Caleb Gaines], 83 [Stacy Herbert], 95 [Marlene Laderman], 135 [Devin Snider], 142 [Edwin Toroitich], 145 [Lisa Wagoner]), 189 [Stephanie Runge], 190 [Ashley Johnson], 208 [Kristi Fullerton], 228 [Mahin Haji-Sharifi], 268 [Karen Wood]), 289 [Janice McKinley], 314 [Ronald Smith], 330 [Joseph Yencsik], 359 [Mallory Hymes], 401 [Bridge McIntyre], 402 [Andrew Means], 476 [Pamela Chandler]), 581 [Tammy Cahill], 585 [Debra Netzel], 592 [Justin Fuchs], 633 [Sabrina Lazare-Rivera]), 642 [Charlotte Pineda]), 684 [Yekeatha Harrell], 722 [Kristina Vaughan], 730 [Eytan Zfira], 754 [Abel Gonzales]), and 861 [Jonathan Johnson]).

6. **WHEREAS**, following the Parties' investigation, the following individual's opt-in consent form is invalid, given that the individual did not work for Frontier Management LLC, Frontier Senior Living, LLC, or GH Senior Living, LLC dba Greenhaven Estates Assisted Living, and thus does not meet the collective definition: Opt-In No. 951 [Tyquinn Brown]).

7. **WHEREAS**, the Parties agree that the opt-in consent forms mentioned herein are invalid and should be stricken.

///

///

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. In light of the invalid nature of the above opt-in consent forms, the Parties respectfully request the Court strike Opt-In Consent forms for Opt-in Nos. 11 [Jaclyn Almaguer], 14 [Bianca Bacy], 33 [Linda Christiansen], 34 [Myron Clifton], 65 [Caleb Gaines], 83 [Stacy Herbert], 95 [Marlene Laderman], 135 [Devin Snider], 142 [Edwin Toroitich], 145 [Lisa Wagoner]), 189 [Stephanie Runge], 190 [Ashley Johnson], 208 [Kristi Fullerton], 228 [Mahin Haji-Sharifi], 268 [Karen Wood]), 289 [Janice McKinley], 314 [Ronald Smith], 330 [Joseph Yencsik], 359 [Mallory Hymes], 401 [Bridge McIntyre], 402 [Andrew Means], 476 [Pamela Chandler]), 581 [Tammy Cahill], 585 [Debra Netzel], 592 [Justin Fuchs], 633 [Sabrina Lazare-Rivera]), 642 [Charlotte Pineda]), 684 [Yekeatha Harrell], 722 [Kristina Vaughan], 730 [Eytan Zfira], 754 [Abel Gonzales]), 861 [Jonathan Johnson]); and 951 [Tyquinn Brown]).

Dated: January 26, 2023

                                     /s/ Michelle S. Lim
                                     Carolyn H. Cottrell
                                     Ori Edelstein
                                     Michelle S. Lim
                                     **SCHNEIDER WALLACE**
                                     **COTTRELL KONECKY LLP**

                                     *Attorneys for Plaintiffs and the Putative Class and Collective*

Dated: January 26, 2023

                                     */s/ Oscar E. Peralta* (as authorized on 1/25/23)
                                     Barbara I. Antonucci
                                     Sarah K. Hamilton
                                     Oscar E. Peralta
                                     CONSTANGY, BROOKS, SMITH & PROPHETE LLP

                                     *Attorneys for Defendants*
                                     FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING

**ORDER**

Plaintiffs Joshua Wright, Loretta Stanley, Haley Quam, and Aiesha Lewis ("Plaintiffs") and Defendants Frontier Management LLC, Frontier Senior Living, LLC, and GH Senior Living, LLC dba Greenhaven Estates Assisted Living (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties"), have stipulated to strike invalid opt-in consent forms.

Having considered the Parties' stipulation, and for good cause shown, the Parties' Stipulation to Strike Invalid Opt-In Consent Forms is **GRANTED**.  IT IS THEREFORE ORDERED that Opt-In Consent forms shall be stricken: ECF 20 (Opt-in Nos. 11 [Jaclyn Almaguer], 14 [Bianca Bacy], 33 [Linda Christiansen], 34 [Myron Clifton], 65 [Caleb Gaines], 83 [Stacy Herbert], 95 [Marlene Laderman], 135 [Devin Snider], 142 [Edwin Toroitich], 145 [Lisa Wagoner]); ECF 26 (Opt-In Nos. 189 [Stephanie Runge], 190 [Ashley Johnson], 208 [Kristi Fullerton], 228 [Mahin Haji-Sharifi], 268 [Karen Wood]); ECF 27 (Opt-In Nos. 289 [Janice McKinley], 314 [Ronald Smith], 330 [Joseph Yencsik], 359 [Mallory Hymes], 401 [Bridge McIntyre], 402 [Andrew Means], 476 [Pamela Chandler]); ECF 28 (Opt-In Nos. 581 [Tammy Cahill], 585 [Debra Netzel], 592 [Justin Fuchs], 633 [Sabrina Lazare-Rivera]); ECF 29 (Opt-In No. 642 [Charlotte Pineda]); ECF 30 (Opt-In Nos. 684 [Yekeatha Harrell], 722 [Kristina Vaughan], 730 [Eytan Zfira], 754 [Abel Gonzales]); ECF 35 (Opt-In No. 861 [Jonathan Johnson]); ECF 42 (Opt-In No. 951 [Tyquinn Brown]).[1]

**IT IS SO ORDERED.**

Dated:  January 26, 2023                                /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                        SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In the event of a typographical error regarding the Opt-In number of the opt-in members stricken, the name of the opt-in member shall control.